UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Marisa Simonetti, and Marisa for Minnesota, | Civ. No. 25-3390 (JWB/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Jacklyn Vasquez, Hennepin County, the City of Edina, and all Edina Police Officers involved in Case No. 27-CR-24-14103, | |
| Defendants. | |

---

United States Magistrate Judge Douglas L. Micko issued a Report and Recommendation ("R&R") on September 17, 2025. (Doc. No. 8.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The September 17, 2025 Report and Recommendation (Doc. No. 8) is **ACCEPTED** and this action is **REMANDED** to the State of Minnesota District Court in Hennepin County.

2. The motion to extend time to answer or otherwise respond to Plaintiff's Complaint (Doc. No. 9) is **DENIED AS MOOT**.

2

Date: October 6, 2025                                                        *s/ Jerry W. Blackwell*
                                                                             JERRY W. BLACKWELL
                                                                             United States District Judge